583 A.2d 313

STATE OF NEW JERSEY v. ALBERT CREMENT.

January 23, 1990.

Petition for certification denied.

583 A.2d 313

STATE OF NEW JERSEY v. RONNIE L. BRYANT.

January 23, 1990.

Petition for certification denied.

583 A.2d 314

STATE OF NEW JERSEY v. JAMES DUNN.

January 23, 1990.

Petition for certification denied.

583 A.2d 314

STATE OF NEW JERSEY v. NORMAN A. WATT.

January 23, 1990.

Petition for certification denied.

583 A.2d 314

STATE OF NEW JERSEY v. WALTER GREEN.

January 23, 1990.

Petition for certification denied.